UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-cr-344-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIREYA SALAS-MENDOZA | UNOPPOSED MOTION TO EXTEND PRE-TRIAL MOTION DEADLINE AND TO CONTINUE ARRAIGNMENT |

    The Defendant, Mireya Salas-Mendoza, by and through counsel, hereby moves the Court to extend the deadline to file pre-trial motions for thirty (30) days through and including 16 October 2025. Ms. Salas-Mendoza additionally requests that the arraignment be continued until the November 2025 term. In support of this motion, Ms. Salas-Mendoza states the following:

1. On 21 December 2022, Ms. Salas-Mendoza was named in a two-count Indictment charging her with conspiracy to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 846; and distribution of 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841.

2. On 14 April 2025, the Court appointed the Office of the Federal Public Defender to represent Ms. Salas-Mendoza. Counsel filed a Notice of Appearance the following day.

3. Ms. Salas-Mendoza is currently in the custody of the United States Marshals Service and is housed at Granville County Detention Center.

4. Pre-trial motions are presently due no later than 16 September 2025. The arraignment for this matter is currently set for October 2025 term.

5. Undersigned counsel needs additional time for plea negotiations with the Government.

1

6. Defense counsel respectfully requests that the pre-trial motions deadline be extended thirty (30) days through and including 16 October 2025 and that the arraignment be continued until the November 2025 term.

7. Assistant United States Attorney Aria Quinn Merle has been contacted and has no objection to an extension of the pre-trial motions deadline and to the continuance.

8. This motion is made in good faith and not for purposes of delay. Neither the Government nor the Defendant would be prejudiced by the extension of the pre-trial motions deadline or the continuance sought herein.

9. The ends of justice served by this motion outweigh the interests of the public and Ms. Salas-Mendoza in a speedy trial. The period of delay resulting from granting this continuance should therefore be excluded from the calculation of speedy trial time pursuant to 18 U.S.C. Section 3161(h)(7)(A).

WHEREFORE, the Defendant respectfully requests that the deadline for filing pre-trial motions be extended for at least thirty (30) days through and including 16 October 2025, and that the arraignment until the November 2025 term.

Respectfully submitted this 16th day of September, 2025.

> G. ALAN DUBOIS Federal Public Defender
>
> */s/ David E. Wicclair*
> DAVID E. WICCLAIR
> Assistant Federal Public Defender
> N.C. State Bar No. 50384
> LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ARIA QUINN MERLE
Assistant United States Attorney
150 Fayetteville St., Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the above.

This the 16th day of September, 2025.

*/s/ David E. Wicclair*
DAVID E. WICCLAIR
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
Email: david_wicclair@fd.org
N.C. State Bar No. 50384
LR 57.1 Counsel Appointed

3

Case 5:22-cr-00344-D-RJ   Document 23   Filed 09/16/25   Page 3 of 3